IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ADAM STEMMONS,
          Plaintiff,

v.                                 Civil Action No. 3:16-cv-00753-JAG

GLEN FALLS HOSPITAL,
          Defendants.

## OPINION

      Glen Falls Hospital, located in Glen Falls, New York, admitted Adam Stemmons in 2010. An incident arose that resulted in Stemmons being charged with assault. In 2014, Stemmons filed two other complaints in this Court about the same incident. *See Stemmons v. Dep't of Justice*, No. 3:14-cv-00725-JRS; *Stemmons v. Volcheck et al.*, No. 3:14-cv-00688-JRS. In this complaint, Stemmons alleges a cover up and seeks access to his medical records.

      Federal courts are courts of limited jurisdiction. Specifically, federal courts can only hear cases that present a federal question, 28 U.S.C. § 1331, and cases for over $75,000 that arise between citizens of different states, 28 U.S.C. § 1332. If a case fits neither of these situations, the court lacks subject-matter jurisdiction. "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12(h)(3).

      In his complaint, Stemmons does not raise a federal question. Further, while he and Glen Falls Hospitals are citizens of different states, he seeks only medical records. This means that he cannot meet the $75,000 amount in controversy requirement for jurisdiction pursuant to 28 U.S.C. § 1332. Thus, the Court lacks subject-matter jurisdiction and must dismiss this case.[1]

---

[1] Even if the Court had jurisdiction, the complaint fails to state any sort of claim upon which the Court could grant relief. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court will enter an appropriate order.

Let the Clerk send a copy of this Opinion to the pro se plaintiff.

Date: <u>September 16, 2016</u>
Richmond, VA

/s/
**John A. Gibney, Jr.**
**United States District Judge**